# United States Court of Appeals for the Federal Circuit

---

**MEMORYWEB, LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

---

2024-1315, 2024-1316

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00221, IPR2022-00222.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED IN PART AND VACATED IN PART**

FOR THE COURT

December 5, 2025
Date

Jarrett B. Perlow
Clerk of Court